IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO.: 9:25-cr-860 |
| v. | ORDER FOR BENCH WARRANT |
| TYRELL ANTHONY SMITH | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, **TYRELL ANTHONY SMITH**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

July 8, 2025

I SO MOVE:

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/J. Carra Henderson*
J. Carra Henderson (#12229)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: carra.henderson@usdoj.gov