IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 9:25-cr-860 |
| | ) | |
| v. | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| TYRELL ANTHONY SMITH | ) | **AD PROSEQUENDUM** |
| | ) | |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, **TYRELL ANTHONY SMITH**, is presently incarcerated at the Sheriff Al Cannon Detention Center. It is therefore

ORDERED that the Warden, or their authorized representative, deliver **TYRELL ANTHONY SMITH**, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

1

Charleston, South Carolina

July *8*, 2025

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:  s/J. Carra Henderson
     J. Carra Henderson (#12229)
     Assistant United States Attorney
     151 Meeting Street
     Charleston, South Carolina 29401
     Telephone: (843) 727-4381
     Email Address: carra.henderson@usdoj.gov